# UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

| | |
|---|---|
| MONTELL ALEXANDER BOWMAN<br><br>     Plaintiff,<br><br>     V.<br><br>FEDERAL BUREAU OF INVESTIGATION<br><br>     Defendant. | JUDGMENT IN A CIVIL CASE<br><br>Case: CV 25-00256 SASP-WRP<br><br>FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII<br>Jun 27, 2025, 4:16 pm<br>Lucy H. Carrillo, Clerk of Court |

[ ]  **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[✓]  **Decision by Court**.  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is dismissed without leave to amend, and judgment is entered pursuant to the "Order Dismissing Complaint Without Leave to Amend and Denying Application to Proceed in Forma Pauperis as Moot", ECF No. 4, filed on June 27, 2025.

| | |
|---|---|
| June 27, 2025 | LUCY H. CARRILLO |
| Date | Clerk |
| | /s/ LUCY H. CARRILLO by EA |
| | (By) Deputy Clerk |